**EXHIBIT 1**

| CALL # | CALL DATE | CALL TIME | CALL FROM # | CALL RESULT | EVIDENCE |
|---|---|---|---|---|---|
| 1 | 6/26/2014 | 9:18:00 | 855-691-0195 | hung up | pic |
| 2 | 7/1/2014 | 8:42:00 | 855-691-0195 | hung up | pic |
| 3 | 7/2/2014 | 11:22:00 | 855-691-0191 | hung up | pic |
| 4 | 7/3/2014 | 14:13:00 | 855-691-0192 | hung up | pic |
| 5 | 7/7/2014 | 9:43:00 | 855-691-0191 | hung up | pic |
| 6 | 7/9/2014 | 13:35:00 | 855-691-0193 | hung up | pic |
| 7 | 7/24/2014 | 8:31:00 | 855-691-0193 | hung up | pic |
| 8 | 7/26/2014 | 11:05:00 | 855-691-0195 | hung up | pic |
| 9 | 8/11/2014 | 14:59:00 | 855-691-0191 | hung up | pic |

















