Craig K. Perry, Esq.
Nevada Bar # 003786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
(702) 943-7520 Fax
info@1stoplawfirm.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Collection Bureau of America, Ltd, A Foreign Corporation doing business in Nevada,<br><br>　　　　Defendant. | CASE NO.: 2:14-cv-01863-RFB-CWH |

### NOTICE OF SETTLEMENT

TO THE HONORBLE COURT:

Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to finalize the settlement and file the dismissal.

DATED this 20TH, day of March, 2014.

　　　　　　　　　　　　　　　　　　CRAIG K. PERRY & ASSOCIATES

　　　　　　　　　　　　　　　　　　/s/ Craig
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CRAIG K. PERRY, Esq.
　　　　　　　　　　　　　　　　　　State Bar No 3786
　　　　　　　　　　　　　　　　　　8010 West Sahara Avenue, Suite 260
　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89117
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

-1-

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of CRAIG K. PERRY & ASSOCIATES and that on this 24th day March, 2015, I did cause a true copy of the foregoing NOTICE OF SETTLEMENT to be placed served via CM/ECF upon the following counsel of record:

Kurt Bonds, Esq.
konds@alversontaylor.com
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7401 West Charleston Boulevard
Las Vegas, Nevada 89117
Attorneys for Defendant
Collection Bureau of America, Ltd

By: _____
An Employee of CRAIG K. PERRY & ASSOCIATES

-2-