Craig K. Perry
Nevada Bar No. 003786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, NV  89117
Tel: (702) 228-4777
Fax:  (702) 943-7520
Email:  craig@craigperry.com
Attorneys for Plaintiff, KIRBY SPENCER

Kurt Bonds
Nevada Bar No. 006228
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7401 W. Charleston Blvd.
Las Vegas, NV  89117
Tel:  (702) 384-7000
Fax:  (702) 385-7000
Email: kbonds@alversontaylor.com
Attorneys for Defendant, COLLECTION BUREAU OF AMERICA, Ltd.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Kirby Spencer,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>Collection Bureau of America, Ltd, a foreign  )<br>corporation, doing business in Nevada,  )<br>  )<br>  Defendant.  )<br>  )<br>_____ ) | CASE NO. 2:14-cv-01863-RFB-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** |

**STIPULATION**

Plaintiff, KIRBY SPENCER and Defendant, COLLECTION BUREAU OF AMERICA, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Rule 41(a)(1)(A)(ii). of the *Federal Rules of Civil Procedure*.  Each shall

/ / /

/ / /

/ / /

party shall bear its own costs and expenses.

DATED: April 16, 2015.                                    DATED: April 16, 2015.


By: /s/*Craig K. Perry, Esq.*                             By: /s/ *Kurt Bonds, Esq.*
   Craig K. Perry                                            Kurt Bonds
   Nevada Bar No.003786                                       Nevada Bar No. 006228
   CRAIG K. PERRY & ASSOCIATES                                ALVERSON, TAYLOR,
   8010 W. Sahara Avenue, Suite 260                           MORTENSEN & SANDERS
   Las Vegas, NV  89117                                       7401 W. Charleston Blvd.
   Tel: (702) 228-4777                                        Las Vegas, NV  89117
   Fax:  (702) 943-7520                                       Tel:  (702) 384-7000
   Attorneys for Plaintiff,                                   Fax:  (702) 385-7000
   KIRBY SPENCER                                              Attorneys for Defendant,
                                                              COLLECTION BUREAU OF
                                                              AMERICA, Ltd.

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 24th day of April, 2015.